| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Michael Braithwaite | 10/16/1992 | WV | Northern District of West Virginia | No | Berkeley County PSWD-Potomac River | No | Ulcerative Colitis | 1-9 |
| 2 | Jason Brown | 3/10/1975 | WY | District of Wyoming | No | Fort Washakie (085690003) | No | Kidney Cancer | 1-9 |
| 3 | Sean P Cotten | 3/26/1970 | TN | Middle District of Florida | No | Florida Governmental Utility Authority (FL5360172) | No | Testicular Cancer | 1-9 |
| 4 | Vicky Cox | 5/22/1953 | CO | Central District of California | No | Compton City Water Department (CA1910026) | No | Liver Cancer | 1-9 |
| 5 | Judy Crum-McGuire | 7/15/1949 | SC | Southern District of West Virginia | No | WVAWC - Huntington District (WV3300608) | No | Kidney Cancer | 1-9 |
| 6 | Dana Eisenberg | 11/7/1984 | WA | District of New Jersey | No | Jersey City Municipal Utilities Authority (NJ0906001) | No | Testicular Cancer | 1-9 |
| 7 | Jon Enciso | 12/2/1967 | MI | Eastern District of Michigan | No | City of Goose Creek (SC0810004) | No | Kidney Cancer | 1-9 |
| 8 | Randal L Eubank Jr | 12/10/1976 | AR | Western District of Arkansas | No | Honolulu-Windward-Pearl Harbor Water Company (HI0000331) | No | Kidney Cancer | 1-9 |
| 9 | Adrienne Evans | 8/3/1968 | NC | Eastern District of North Carolina | No | City of Baltimore (MD0300002) | No | Kidney Cancer | 1-9 |
| 10 | Nicholas Felicione | 2/6/1961 | PA | Middle District of Pennsylvania | No | Merchantville Pennsauken (NJ0424001) | No | Kidney Cancer | 1-9 |
| 11 | James S. Ferguson | 5/31/1950 | AZ | Central District of California | Yes | Eastern Municipal WD (CA3310009) | No | Kidney Cancer | 1-9 |
| 12 | Eric Ferraro | 1/18/1984 | GA | Northern District of Georgia | Yes | South Brunswick Twp W Di (NJ1221004) | No | Testicular Cancer | 1-9 |
| 13 | Mario Figueroa | 7/15/1963 | NV | Central District of California | No | Eastern Municipal WD (CA3310009) | No | Kidney Cancer | 1-9 |
| 14 | Harvey Finkel | 11/20/1943 | FL | District of Connecticut | No | Aquarion-East Derby (CT0378011) | No | Kidney Cancer | 1-9 |
| 15 | Dixie Fjeldal | 2/25/1954 | TX | Eastern District of New York | No | Suffolk County Water Authority (NY5110526) | No | Kidney Cancer | 1-9 |
| 16 | Audrey Fleming | 6/27/2003 | OH | District of Massachusetts | No | Middleborough Water Supply (MA4182000) | No | Ulcerative Colitis | 1-9 |
| 17 | Anthony Foster | 4/25/1964 | TX | District of Columbia | No | DC Water And Sewer Authority (DC0000002) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 18 | Tamra Fox | 10/25/1959 | FL | Eastern District of California | No | City of Fresno (CA1010007) | No | Kidney Cancer | 1-9 |
| 19 | Joel Francik | 10/21/1975 | OH | Northern District of Illinois | No | North Park PWD (IL2015500) | No | Kidney Cancer | 1-9 |
| 20 | Paul Francis | 7/1/1969 | KY | Western District of Kentucky | No | Mobile Board Of Water And Sewer Comm (AL0001005) | No | Testicular Cancer | 1-9 |
| 21 | Tyrone Francis | 9/2/1961 | FL | Eastern District of New York | No | New York City System (NY7003493) | No | Kidney Cancer | 1-9 |
| 22 | Manuel Galindo | 7/11/1988 | NV | Central District of California | No | Rubidoux Community SD (CA3310044) | No | Testicular Cancer | 1-9 |
| 23 | Kenneth Michael Galvin | 1/27/1961 | NJ | Eastern District of New York | No | Suffolk County Water Authority (NY5110526) | No | Kidney Cancer | 1-9 |
| 24 | Kerry Garces | 8/27/1969 | AZ | Eastern District of California | No | City of Fresno (CA1010007) | No | Kidney Cancer | 1-9 |
| 25 | Matthew Garcia Dunn | 8/21/1981 | PA | Middle District of Pennsylvania | No | New York City System (NY7003493) | No | Testicular Cancer | 1-9 |
| 26 | Carlos Garcia | 2/6/1987 | CA | Central District of California | No | Irvine Ranch Water District (CA3010092) | No | Testicular Cancer | 1-9 |
| 27 | James Garcia | 8/26/1982 | TX | Western District of Texas | No | Travis County Wcid 17 (TX2270027) | No | Testicular Cancer | 1-9 |
| 28 | Robert Gardner | 8/23/1971 | TX | Central District of California | No | Eastern Municipal WD (CA3310009) | No | Testicular Cancer | 1-9 |
| 29 | Robert Garland | 2/15/1975 | IN | Southern District of Indiana | No | Rural Lorain Co. Water A;Elyria Water Department (OH4701803) | No | Testicular Cancer | 1-9 |
| 30 | Russell Garrison | 2/1/1966 | SC | Southern District of California | No | City Of San Diego (CA3710020) | No | Kidney Cancer | 1-9 |
| 31 | Jay Ginsburg | 8/20/1946 | FL | District of Connecticut | No | Norwich Public Utilities Connecticut (CT1040011) | No | Kidney Cancer | 1-9 |
| 32 | Dean Gleason | 10/13/1989 | FL | District of New Jersey | No | Brick Township MUA (NJ1506001) | No | Testicular Cancer | 1-9 |
| 33 | Robert Gleason | 11/1/1977 | MI | Western District of Michigan | No | Naples Water Department (FL5110198) | No | Testicular Cancer | 1-9 |
| 34 | Steven Goffan | 12/13/1979 | NC | District of New Jersey | No | Sayreville Water Department (NJ1219001) | No | Testicular Cancer | 1-9 |
| 35 | Juan Goldsmith | 8/19/1971 | LA | Western District of Louisiana | No | Dallas Water Utility (TX0570004) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 36 | George Gomez | 2/10/1977 | NV | Central District of California | No | City of Riverside (CA3310031) | No | Kidney Cancer | 1-9 |
| 37 | Omar Gonzalez | 9/5/1974 | TX | Central District of California | No | City of Riverside (CA3310031) | No | Kidney Cancer | 1-9 |
| 38 | Timothy Gonzalez | 10/29/1955 | FL | Northern District of Florida | No | Emerald Coast Utilities Authority (FL1170525) | No | Kidney Cancer | 1-9 |
| 39 | Albert Grassia | 2/4/1978 | AL | Southern District of Alabama | No | NAS Pensacola-Corry Station (FL1170814) | No | Testicular Cancer | 1-9 |
| 40 | Prentice Green | 2/3/1963 | MI | Western District of Michigan | No | Kalamazoo (MI0003520) | No | Testicular Cancer | 1-9 |
| 41 | Richard Greene | 7/11/1955 | TX | Eastern District of California | No | City of Fresno (CA1010007) | No | Kidney Cancer | 1-9 |
| 42 | Benjamin Gurau | 11/7/1997 | TX | Central District of California | No | City of Riverside (CA3310031) | No | Testicular Cancer | 1-9 |
| 43 | Edward Guthrie | 4/6/1964 | WA | District of South Carolina | No | City of Columbia (SC4010001) | No | Kidney Cancer | 1-9 |
| 44 | Daniel Gutierrez | 3/26/1960 | FL | Eastern District of New York | No | Suffolk County Water Authority (NY5110526) | No | Kidney Cancer | 1-9 |
| 45 | Ramon Gutierrez | 9/21/1988 | OH | District of Arizona | No | Town Of Gilbert (AZ0407092) | No | Testicular Cancer | 1-9 |
| 46 | Dawn Hancock | 2/18/1979 | TN | District of South Carolina | No | Grand Stand Water & Sewer Authority (SC2620004) | No | Kidney Cancer | 1-9 |
| 47 | Stuart Hanken | 1/15/1947 | FL | District of New Jersey | No | Manchester Township Water Utility - Eastern (NJ1518005) | No | Kidney Cancer | 1-9 |
| 48 | Rabbine Harpell | 4/25/1954 | OR | District of Oregon | No | Miami-Dade WSD (FL4130871) | No | Kidney Cancer | 1-9 |
| 49 | Robert Harrell | 2/22/1953 | NC | District of New Jersey | No | City of Camden (NJ0408001) | No | Kidney Cancer | 1-9 |
| 50 | Shirley Harris | 1/10/1947 | DE | District of Delaware | No | Philadelphia Water Department (PA1510001) | No | Kidney Cancer | 1-9 |
| 51 | Harry Hart | 10/29/1993 | NY | Southern District of New York | No | Bemidji (MN1040002) | No | Testicular Cancer | 1-9 |
| 52 | Roger Hartnett | 6/8/1960 | NC | Southern District of Florida | No | City Of Pembroke Pines (FL4061083) | No | Kidney Cancer | 1-9 |
| 53 | Ian Hazelton | 5/6/1982 | WA | District of Arizona | No | City Of Tempe (AZ0407100) | No | Testicular Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 54 | Matthew Heaney | 6/11/1975 | GA | Eastern District of Pennsylvania | No | Aqua Pennsylvania - Main System (PA1460073) | No | Kidney Cancer | 1-9 |
| 55 | Douglas Helton | 7/24/1961 | AR | Eastern District of Arkansas | No | Oklahoma City (OK1020902) | No | Kidney Cancer | 1-9 |
| 56 | Patrick Hemphill | 3/18/1972 | SC | District of South Carolina | No | Fayetteville Public Works Commission (NC0326010) | No | Kidney Cancer | 1-9 |
| 57 | Derrick Henderson | 8/9/1975 | KY | Western District of Kentucky | No | East Point (GA1210003) | No | Kidney Cancer | 1-9 |
| 58 | Charles Hendrixson | 8/28/1975 | OR | Eastern District of California | No | City of Fresno (CA1010007) | No | Testicular Cancer | 1-9 |
| 59 | Michael Henrick | 2/16/1985 | CO | Eastern District of Pennsylvania | No | Philadelphia Water Department (PA1510001) | No | Testicular Cancer | 1-9 |
| 60 | Cedric Hill | 7/27/1972 | PA | Middle District of Pennsylvania | No | Veolia Water New Jersey Hackensack (NJ0238001) | No | Kidney Cancer | 1-9 |
| 61 | Nicholas Hill | 1/25/1980 | WV | Southern District of West Virginia | No | Jefferson Co Cons Pwsd C 1 (MO6024295) | No | Testicular Cancer | 1-9 |
| 62 | Danielle Hobson | 9/26/1972 | MN | Northern District of Illinois | No | Chicago (IL0316000) | No | Ulcerative Colitis | 1-9 |
| 63 | Kathy Hodge | 1/7/1951 | WV | Southern District of West Virginia | No | Palm Beach County Water Utilities (FL4504393) | No | Kidney Cancer | 1-9 |
| 64 | Thomas B. Hodge | 12/1/1974 | CT | District of Connecticut | No | Westerly Water Department (RI1559512) | No | Kidney Cancer | 1-9 |
| 65 | Craig Hollidge | 5/18/1972 | FL | Middle District of Florida | No | Howard County D.P.W. Distribution (MD0130002) | No | Testicular Cancer | 1-9 |
| 66 | Adam Holm | 11/12/1985 | MN | District of Minnesota | Yes | Cliffdale West (NC0326332) | No | Kidney Cancer | 1-9 |
| 67 | Melissa Holt | 4/15/1974 | GA | Middle District of Georgia | No | Naples Water Department (FL5110198) | No | Kidney Cancer | 1-9 |
| 68 | Patty Holton | 7/1/1975 | GA | Middle District of Georgia | No | City of Greensboro (NC0241010) | No | Kidney Cancer | 1-9 |
| 69 | John Hopkins | 2/23/1964 | PA | Western District of Pennsylvania | No | City of Tampa Water Department (FL6290327) | No | Kidney Cancer | 1-9 |
| 70 | Mara Horn | 3/31/1995 | MI | Northern District of Illinois | No | Chicago (IL0316000) | No | Ulcerative Colitis | 1-9 |
| 71 | Alex Hoskins | 11/14/1979 | UT | District of Utah | No | Salt Lake City Water System (UTAH18026) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 72 | Jon Howell | 9/24/1958 | IN | District of South Carolina | No | GSW&SA - Myrtle Beach (SC2620009) | No | Kidney Cancer | 1-9 |
| 73 | Terri Husle-Crawford | 2/1/1960 | MS | Southern District of California | No | City Of San Diego (CA3710020) | No | Kidney Cancer | 1-9 |
| 74 | Lini Hutter | 1/2/1962 | FL | District of New Jersey | No | New Jersey American Water - Raritan (NJ2004002) | No | Kidney Cancer | 1-9 |
| 75 | Ron Hysell | 4/15/1976 | WV | Southern District of West Virginia | No | Roxboro, City Of (NC0273010) | No | Kidney Cancer | 1-9 |
| 76 | James Ingram | 7/7/1987 | TX | Eastern District of California | No | City Of Redding (CA4510005) | No | Liver Cancer | 1-9 |
| 77 | Cheryl Jackson | 10/20/1957 | FL | Eastern District of Pennsylvania | No | Aqua Pennsylvania - Main System (PA1460073) | No | Kidney Cancer | 1-9 |
| 78 | Collin Jackson | 3/20/1990 | VA | Eastern District of Virginia | No | Leesburg, Town Of (VA6107300) | No | Testicular Cancer | 1-9 |
| 79 | John Jacobs | 11/6/1971 | NC | Middle District of North Carolina | No | Robeson County Water System (NC0378055) | No | Kidney Cancer | 1-9 |
| 80 | Clifford Jacobson | 10/2/1958 | NV | District of New Jersey | No | Oakland Water Department (NJ0242001) | No | Testicular Cancer | 1-9 |
| 81 | Lin Janus | 12/24/1955 | NC | District of Connecticut | No | South Central Connecticut Regional Water Authority (CT0930011) | No | Kidney Cancer | 1-9 |
| 82 | Ingrid Jefferson | 5/21/1967 | LA | Eastern District of Louisiana | No | Dallas Water Utility (TX0570004) | No | Kidney Cancer | 1-9 |
| 83 | Ray Jersey | 5/29/1964 | AZ | District of Arizona | No | Washingtonville Village (NY3503567) | No | Testicular Cancer | 1-9 |
| 84 | Mike Jimenez | 2/23/1986 | TX | Central District of California | No | City of Riverside (CA3310031) | No | Testicular Cancer | 1-9 |
| 85 | Earl Johnson Jr | 3/28/1980 | LA | Middle District of Louisiana | No | Dallas Water Utility (TX0570004) | No | Kidney Cancer | 1-9 |
| 86 | Robert Johnson Jr | 8/13/1952 | GA | Northern District of Georgia | No | Prattville Water Works (AL0000017) | No | Kidney Cancer | 1-9 |
| 87 | Bobbie Johnson | 7/14/1944 | AL | Northern District of Alabama | No | Cliffdale West (NC0326332) | No | Ulcerative Colitis | 1-9 |
| 88 | Brian Johnson | 5/16/1973 | KY | Eastern District of Kentucky | No | City Of Lufkin (TX0030004) | No | Testicular Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 89 | Tanya Johnson | 11/9/1972 | VA | District of Connecticut | No | South Central Connecticut Regional Water Authority (CT0930011) | No | Kidney Cancer | 1-9 |
| 90 | Thomas Johnson | 7/30/1952 | SC | District of South Carolina | No | Union County Water System (NC0190413) | No | Kidney Cancer | 1-9 |
| 91 | Valorie Johnson | 7/22/1961 | GA | Northern District of Georgia | No | Emerald Coast Utilities Authority (FL1170525) | No | Kidney Cancer | 1-9 |
| 92 | Carolyn Johnstone | 12/19/1972 | UT | District of Arizona | No | City Of Tempe (AZ0407100) | No | Kidney Cancer | 1-9 |
| 93 | Chris Jones | 8/21/1965 | GA | Northern District of Georgia | No | City Of Bedford (TX2200003) | No | Kidney Cancer | 1-9 |
| 94 | David Jones | 1/29/1980 | NC | Eastern District of North Carolina | No | City Of Alexandria (VA6510010) | No | Testicular Cancer | 1-9 |
| 95 | Jonathon Jones | 11/21/1973 | TX | Eastern District of Texas | No | City Of Tyler (TX2120004) | No | Testicular Cancer | 1-9 |
| 96 | Kimberlie Jones | 6/25/1972 | KS | District of Kansas | No | Akron City Public Water Service (OH7700011) | No | Ulcerative Colitis | 1-9 |
| 97 | Willie Jones | 7/20/1967 | GA | Northern District of Georgia | No | Miami-Dade WSD (FL4130871) | No | Testicular Cancer | 1-9 |
| 98 | Cherie Jordan | 11/10/1970 | AL | Northern District of California | No | San Jose Water (CA4310011) | No | Ulcerative Colitis | 1-9 |
| 99 | Joel Juarez | 8/8/1978 | TX | Southern District of California | No | City Of San Diego (CA3710020) | No | Kidney Cancer | 1-9 |
| 100 | Harvy Kapatrick | 2/4/1956 | FL | District of New Jersey | No | New Jersey American Water - Raritan (NJ2004002) | No | Kidney Cancer | 1-9 |
| 101 | David Kauwe | 8/27/1957 | UT | District of Utah | No | Burlington, City Of (NC0201010) | No | Kidney Cancer | 1-9 |
| 102 | William Kaw | 5/13/1957 | AZ | Central District of California | No | Eastern Municipal WD (CA3310009) | No | Kidney Cancer | 1-9 |
| 103 | James Keelen | 12/30/1956 | VA | District of New Jersey | No | NJ American Water - Coastal North (NJ1345001) | No | Kidney Cancer | 1-9 |
| 104 | Zachary Keener | 11/15/1992 | AL | Southern District of Alabama | No | New Orleans Carrollton Water Works (LA1071009) | No | Kidney Cancer | 1-9 |
| 105 | Patricia Kehne | 2/5/1963 | WI | Middle District of Florida | No | City of Zephyrhills (FL6512020) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 106 | Alberta E Keith | 10/10/1952 | GA | Central District of California | No | City of Orange (CA3010027) | No | Kidney Cancer | 1-9 |
| 107 | Gregory Kennon | 5/24/1960 | NC | Eastern District of California | No | City of Fresno (CA1010007) | No | Kidney Cancer | 1-9 |
| 108 | William Kern | 1/30/1963 | GA | District of Massachusetts | No | Kingston Water Department (MA4145000) | No | Kidney Cancer | 1-9 |
| 109 | Robert Kirker | 1/23/1946 | TX | Central District of California | No | City of Anaheim (CA3010001) | No | Kidney Cancer | 1-9 |
| 110 | Eric Knight | 9/14/1973 | MA | District of Rhode Island | No | Town of North Kingstown (RI1559517) | No | Kidney Cancer | 1-9 |
| 111 | Jonathan Knighton | 1/18/1992 | GA | Northern District of Georgia | No | Miramar Public Utilities (FL4060925) | No | Liver Cancer | 1-9 |
| 112 | Matthew Knisley | 3/10/1982 | FL | Middle District of Florida | No | Orange Water & Sewer Authority (NC0368010) | No | Testicular Cancer | 1-9 |
| 113 | Charles Koba | 1/9/1969 | AZ | District of Arizona | No | Miami-Dade WSD (FL4130871) | No | Kidney Cancer | 1-9 |
| 114 | Kevin Kohaut | 11/9/1959 | IN | District of New Jersey | No | Middlesex Water Company (NJ1225001) | No | Kidney Cancer | 1-9 |
| 115 | Semos Kostidakis | 12/15/1967 | NJ | District of New Jersey | No | NJ American Water - Coastal North (NJ1345001) | No | Testicular Cancer | 1-9 |
| 116 | Karin Krueger | 7/1/1953 | WA | District of Arizona | No | Liberty Water Rio Rico (AZ0412011) | No | Kidney Cancer | 1-9 |
| 117 | Lesley Kubik | 11/6/1969 | FL | Eastern District of Pennsylvania | No | Aqua Pennsylvania - Main System (PA1460073) | No | Kidney Cancer | 1-9 |
| 118 | Valerian Kulakowski | 3/31/1960 | DE | District of Delaware | No | Chester Water Authority (PA1230004) | No | Kidney Cancer | 1-9 |
| 119 | Leland Kuykendall | 8/3/1948 | VA | Eastern District of Virginia | No | Highline Water District (WA5340650) | No | Kidney Cancer | 1-9 |
| 120 | Jonathan Lagod | 2/8/1958 | AZ | Eastern District of California | No | California Water Service - Bakersfield (CA1510003) | No | Kidney Cancer | 1-9 |
| 121 | Craig Lambert | 5/4/1945 | LA | Eastern District of Louisiana | No | Dallas Water Utility (TX0570004) | No | Kidney Cancer | 1-9 |
| 122 | Alvin Lambeth Jr. | 8/15/1978 | KY | Eastern District of Kentucky | No | City Of High Point (NC0241020) | No | Kidney Cancer | 1-9 |
| 123 | Susan Landis | 9/9/1955 | NC | Western District of North Carolina | No | Tennessee American Water - Chattanooga (TN0000107) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 124 | Marjorie Lane | 9/3/1954 | NC | District of Massachusetts | No | Pittsfield DPU Water Dept (MA1236000) | No | Kidney Cancer | 1-9 |
| 125 | Stephen Larkin | 9/12/1959 | DE | District of Delaware | No | Pennichuck Water Works (NH1621010) | No | Kidney Cancer | 1-9 |
| 126 | Ed Latva | 3/19/1976 | FL | Middle District of Florida | No | City of Concord (NC0113010) | No | Kidney Cancer | 1-9 |
| 127 | Chris Laverdure | 9/4/1987 | NC | District of Arizona | No | City Of Avondale (AZ0407088) | No | Testicular Cancer | 1-9 |
| 128 | Katherine Lawrence | 6/29/1979 | GA | Southern District of Georgia | No | East Cherry Creek Valley Wsd;Denver Water Board (CO0103035) | No | Ulcerative Colitis | 1-9 |
| 129 | Scott Lazerson | 7/9/1970 | UT | District of Utah | No | Dale City (VA6153625) | No | Testicular Cancer | 1-9 |
| 130 | Howard Leckow | 9/13/1967 | NY | Eastern District of New York | No | City Of North Chicago (IL0971250) | No | Kidney Cancer | 1-9 |
| 131 | Karl Lemieux | 9/3/1961 | ME | District of Maine | No | Sanford Water District (ME0091410) | No | Kidney Cancer | 1-9 |
| 132 | Matthew Leonard | 11/17/1972 | TX | Northern District of California | No | San Jose Water (CA4310011) | No | Kidney Cancer | 1-9 |
| 133 | Albert Aj Lewis | 4/4/1984 | KY | Western District of Kentucky | No | City of Tampa Water Department (FL6290327) | No | Testicular Cancer | 1-9 |
| 134 | Jacob Lewis | 11/19/1992 | SC | District of South Carolina | No | City of Winston-Salem (NC0234010) | No | Testicular Cancer | 1-9 |
| 135 | Charles Tipton | 5/27/1964 | TN | Eastern District of Tennessee | No | Arlington County (VA6013010) | No | Testicular Cancer | 1-9 |
| 136 | Orlando Vargas | 8/25/1962 | TX | Northern District of Texas | Yes | Oklahoma City (OK1020902) | No | Kidney Cancer | 1-9 |
| 137 | Lon Varns | 3/4/1975 | TX | Western District of Texas | No | Birmingham Water Works (AL0000738) | No | Kidney Cancer | 1-9 |
| 138 | Kevin Wang | 2/26/1968 | IN | Middle District of Florida | No | Naples Water Department (FL5110198) | No | Testicular Cancer | 1-9 |
| 139 | Skye Wilson | 3/5/1982 | OR | Eastern District of California | No | Sacramento County Water Authority - Laguna/Vineyard (CA3410029) | No | Ulcerative Colitis | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 140 | Steven Wolfe | 8/29/1965 | MS | Eastern District of California | No | Modesto Irrigation District;Modesto, City Of (CA5010038) | No | Kidney Cancer | 1-9 |